# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
## NO. 03-05-00164-CV
---

**Christopher James Cortez, Appellant**

**v.**

**Tara Amador, Appellee**

---
### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 147961-D, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING
---

## M E M O R A N D U M   O P I N I O N

Christopher James Cortez filed a notice of appeal "from the 264th Judicial District Court of Bell County at Belton, Texas, entered by said trial court on November 3, 2004." The only November 3rd order from that court is a capias directing that appellant be arrested for failure to appear at a hearing on a motion to enforce child support, setting bond, and ordering appellant to appear. *See* Tex. Fam. Code Ann. § 157.114 (West 2002). Such an order is not appealable. It is not a final judgment nor an appealable interlocutory order. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (West Supp. 2004-05) (listing appealable interlocutory orders).

By letter, the court informed appellant that there appeared to be no appealable order in the record and gave him ten days to respond. *See generally* Tex. R. Civ. P. 42.3. Appellant has not responded. Based on the record before us, we dismiss the appeal for want of jurisdiction. *See id*. at 42.3(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed: May 16, 2005